# Court of Appeals
# of the State of Georgia

ATLANTA,___June 03, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1671. RHONDA LEE BARNEY et al. v. RENASANT BANK f/k/a MERCHANTS & FARMERS BANK.

Renasant Bank, formerly known as Merchants & Farmers Bank, filed suit to set aside allegedly fraudulent transfers made to sisters Rhonda Lee Barney and Gloria Whitney Harrell. In December 2013, the trial court entered a consent order resolving the dispute. In December 2015, Barney and Harrell filed a motion to set aside the consent order under OCGA § 9-11-60 (d). The trial court denied the motion, and Barney and Harrell appeal.

Pursuant to OCGA § 5-6-35 (a) (8), an appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Barney's and Harrell's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,_____06/03/2016_____*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*